UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>  Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>  Defendant. | Case No. 14-cv-04560-LB<br><br>**ORDER TO SHOW CAUSE FOR FAILURE TO PROSECUTE** |

Plaintiff filed a complaint against Defendant on October 13, 2014. (Complaint – ECF No. 1.) Under Rule 4(m) of the Federal Rules of Civil Procedure, a plaintiff normally has 120 days to serve the complaint and summons on a defendant. Fed. R. Civ. P. 4(m). This means that in this case Plaintiff has until February 16, 2015 to serve the defendant. *See* Fed. R. Civ. P. 4(m), 6(a)(1)(C). To date, Plaintiff has filed no proof that the defendant have been served. (*See generally* ECF Nos. 1-8.)

The court reminds Plaintiff to serve Defendant by February 16, 2015, and directs the plaintiff to file proof of service by February 17, 2015 (or show good cause by that date for the failure to serve). Failure to do either of these will result in dismissal of this case without prejudice under Rule 4(m) for failure to prosecute. The initial case-management conference in this matter has been set for March 12, 2015. A joint case-management statement must be filed by March 5, 2015. (*See* ECF No. 8.)

ORDER – 14-4560 LB

1    **IT IS SO ORDERED**.

2    Dated: January 9, 2015

3    _____

4    Laurel Beeler
     United States Magistrate Judge